AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendant Dario Sanchez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE BROTHERS,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER NASH, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00280-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 10 |

It is stipulated by and between Terrance Brothers, Plaintiff pro se, and Defendant Dario Sanchez, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The

. . .

. . .

. . .

. . .

. . .

. . .

| | |
|---|---|
| parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case. | |
| DATED: _____, 2019. | DATED: August 1, 2019. |
| | AARON D. FORD<br>Nevada Attorney General |
| _____<br>Terrance Brothers<br>*Plaintiff Pro Se* | By: _____<br>Katlyn M. Brady<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. **All pending motions are denied without prejudice as moot.** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2019